EDWARD M. TOWNSEND et al., Respondents, *v.* THE TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF BROOKHAVEN et al., Appellants.

*Townsend* v. *Trustees, etc., of Town of Brookhaven*, 116 App. Div. 929, affirmed.
(Argued March 10, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 9, 1907, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term

in an action to restrain the defendant Town of Brookhaven from exercising acts of ownership over a portion of Lake Ronkonkoma and to have a lease purporting to grant rights therein canceled and declared void.

*Asa A. Spear, George H. Furman* and *Robert S. Pelletreau* for appellants.

*Charles T. Brown* and *Wilmot T. Cox* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting : WILLARD BARTLETT, J.